# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TRAVELES BULLARD**                                                             **PLAINTIFF**
**ADC #131228**

**VS.**                 **CASE NO. 5:08CV00077 WRW**

**NURSE ROYAL, et al.**
                                                              **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

    IT IS SO ORDERED this 29th day of December, 2008.


                                            /s/ Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE