IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVELES BULLARD,                                                                 PLAINTIFF
ADC #131228

VS.                            CASE NO. 5:08CV00077 WRW

NURSE ROYAL, et al.                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Defendant's motion for summary judgment is hereby GRANTED, and Plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 29th day of December, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE